THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**SEAMUS O'CONNOR**
Phone: (212) 356-2337
Fax: (212) 356-3509
seoconno@law.nyc.gov
*Assistant Corporation Counsel*

August 27, 2026

**BY ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re: Katelyn Cruz v. City of New York
25-CV-2659 (DG)(JRC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendants the City of New York, Officers Joel Vidal, Jinat Miah, Ana Seddon, David Rei, Jonathan Pessoa, Sean Parkes, Sergio Mejia, Genesis Pena, and Gina Williams Gordon, in the above-referenced matter. I write to respectfully request on behalf of the parties that the Court grant a *nunc pro tunc* extension until August 28, 2026, to allow the parties to file a new proposed scheduling order. This is the first request of its kind.

By way of background, on April 2, 2026, plaintiff filed an Amended Complaint and, for the first time, named as defendants Officers Neysa Korycki, Joel Vidal, Zion Brown, Jinat Miah, Anna Seddon, David Rei, Jonathan Pessoa, Sean Parkes and Sergio Meja. (ECF No. 20) The parties held a status conference where the stay on the case was lifted. (Docket Entry dated August 12, 2026) The Court ordered the parties to file a new proposed scheduling order by August 26, 2026. (Id.)

The parties sincerely apologize for missing the August 26, 2026 deadline. The parties have drafted a schedule with tentative dates made out. However, Plaintiff's counsel is out of the country with a significant time difference which has delayed agreement on the schedule. The parties expect to file the proposed schedule later today.

Accordingly, the parties respectfully request a *nunc pro tunc* extension of time for the parties to file their new discovery schedule until Friday August 28, 2026.

The parties thanks the Court for its time and consideration of this request.

Respectfully Submitted,

Seamus O'Connor /s/
Seamus O'Connor
*Assistant Corporation Counsel*

Cc: **VIA ECF**
Gregory William Zenon
Law Office of Gregory Zenon
30 Wall Street
8th floor
New York, NY 10005
212-380-8582
Fax: 440-794-6686
Email: zenonlaw@yahoo.com

Douglas LaBarbera
LaBarbera & Associates P.C.
111 John Street Suite 640
New York, NY 10038 USA
212-964-8038
Fax: 212-964-8164
Email:Dlabarbera@pbalawyers.Com